UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:08CR149 HEA |
|  | ) |  |
| DART HAMPTON and | ) |  |
| CHERVONNE PHILLIPS, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## **ORDER**

**IT IS HEREBY ORDERED** that the Orders setting this matter for a jury trial on Monday, May 19, 2008, at 9:30 a.m. are vacated. This matter will be set for trial at a later date.

Dated this 30th day of April, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE